JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL IGNACIO AVENDANO GALVEZ,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.,<br>Respondents. | Case No. 5:26-cv-04444-DOC-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

DATED: August 25, 2026

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE